# EXHIBIT "A"

| **No. 1** | Image Professionals GmbH d/b/a StockFood |
|---|---|
| **Registration No.:** VA 1-434-120 | **Registration Date:** June 10, 2013 |

**Title of Work:** "11129170"

**Original**



**Link to Alleged Infringement:**

1. https://slicelife.com/restaurants/ny/flushing/11385/rustico-taverna/menu
2. https://slicelife.com/restaurants/ny/flushing/11385/rustico-taverna/menu?view_product=13664275

**Screenshot**




